IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PRECISION FRANCHISING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 09cv059 |
| | ) |
| B.W. TECHNICAL TRAINING, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation of the Magistrate Judge dated May 26, 2009, recommending entry of a default judgment against Defendant B.W. Technical Training, Inc. and Defendant William Mark Waters (Dkt. No. 18). Defendants have not filed any objections to the Report and Recommendation. The Court conducted a *de novo* review of the evidence in this case, and adopts and incorporates the findings and recommendations of the Magistrate Judge.

Accordingly, it is hereby

ORDERED that:

(1) B.W. Technical Training, Inc. and William Mark Waters are enjoined from using any of Precision Franchising LLC's confidential manuals, software, or other proprietary materials;

(2) B.W. Technical Training and William Mark Waters shall return to Precision Franchising LLC any of Precision Franchising LLC's confidential manuals,

software, or other proprietary materials in their possession;

(3) within fifteen (15) days, B.W. Technical Training and William Mark Waters shall file with the court a statement indicating the steps taken to comply with the court's injunction;

(4) Precision Franchising LLC is awarded a judgment against B.W. Technial Training, Inc. and William Mark Waters, jointly and severally, in the amount of $77,916.13, with interest accruing from the date of this judgment until paid.

ORDERED that the Clerk of Court is directed to enter judgment against Defendants.

June 22, 2009.
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge